UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:                                                    CASE NO.

**ROBERT SHELBY**                                         **12-11532**
**NANCY SHELBY**

                                                          SECTION A
DEBTORS                                                   CHAPTER 13

## REASONS FOR DECISION

Robert and Nancy Shelby (collectively "Debtors") filed a Motion to Reconsider Ruling on

Objection to Claim 5 of CitiMortgage, Inc. ("CitiMortgage")[1] ("Motion"). The Motion came up for

hearing on January 31, 2013, and requests a new trial pursuant to FRBP 9059 of this Court's oral

ruling entered in connection with Debtors' Objection to Proof of Claim 5 filed by CitiMortgage

("Objection"). The hearing on the Objection was conducted on November 27, 2012.[2] The Motion

was filed timely.

Debtors Objection alleged that CitiMortgage improperly calculated the past due amounts

owed by Debtors on the date the bankruptcy petition was filed because prepetition it erroneously

secured force-placed insurance and instituted foreclosure proceedings on a default that did not exist.[3]

 CitiMortgage failed to respond or appear at the hearing.

At the hearing, Debtors alleged that they had maintained homeowners' insurance at all

relevant times; CitiMortgage improperly force-placed insurance on their home; and it applied

Debtors' payments to escrow resulting in a false default. The Court found these facts based on the

evidence and arguments presented and rendered an oral ruling disallowing CitiMortage's claims for

---

[1] Docket no. 40.

[2] The hearing was originally scheduled for November 13, 2012, but was continued upon
oral motion of Debtors' counsel because Debtors could not appear.

[3] Docket no. 27.

force-placed insurance and foreclosure costs.  However, when the Court asked counsel for the

corrected arrearage balance, Mr. Moyers replied that it was $27,466.64.  This amount was accepted

by the Court and entered as the corrected past due prepetition sum owed CitiMortgage.  When

counsel left the courtroom, he realized his error.

As a result, Debtors filed a Motion to Reconsider[4] the Court's ruling on the Objection.  At

the hearing on January 29, 2013,  Debtors' counsel admitted to his error and explained that the

CitiMortgage proof of claim included in arrearages the force-placed insurance premiums and

foreclosure costs because its calculation resulted from a misapplication of Debtors' payments.

Debtors counsel represented that Debtors owe no arrearages for force-placed insurance or fees and

charges in connection with the foreclosure.  Based on mistake and clear error, the Court vacated its

prior ruling and conducted a new trial.  Debtors testified at that hearing as to their payment history,

insurance premium payments and the amounts due.

At the conclusion of the hearing, the Court ordered Debtors to provide proof of mortgage

payments from November 2010 through January 2013, as well as property tax information for the

years 2010, 2011, and 2012.  Debtors provided the information on February 18, 2013, after which

the Court took the matter under advisement.

## I.  Findings of Fact

On April 23, 2003, Debtors secured a mortgage loan with Hibernia National Bank for

$140,000.00 payable in monthly installments of principal and interest at the rate of 5.75% per annum

or $982.92 per month.  The first payment was due on June 1, 2003, and the loan matures on May

1, 2023.  The loan was secured by a mortgage on Debtors' residence.  The loan also required the

escrow of payments for the satisfaction of property taxes and homeowners' insurance premiums.

---

[4] Docket no. 40,

As a result, a portion of the total anticipated amounts necessary to satisfy these charges was added to each installment of principal and interest.   Hibernia National Bank subsequently transferred the mortgage to CitiMortgage, Inc.

In 2010, Debtors' regular monthly mortgage payment was $1,380.10 composed of a $397.18 escrow payment and  $982.92 in principal and interest.  As of October 2010, Debtors were current on their loan.  Debtors have maintained adequate homeowners' insurance over their residence at all times.

In October 2010, Debtors homeowners' insurance coverage was placed with AARP Insurance Program ("AARP") at an annual cost of  $1,835.00.  The policy term began on September 23, 2010 and ended on September 23, 2011.[5]   The policy covered the dwelling for damages sustained up to $344,000.00, substantially more than was owed on the mortgage.[6]  Debtors' residence is not in a flood zone.   Therefore, a flood insurance policy is not required.

In October 2010, CitiMortgage requested proof of insurance coverage.  In October 2010, Debtors supplied a declaration page from AARP reflecting the existence and limits of coverage and confirming that CitiMortgage was an additional insured under the policy.  CitiMortgage did not respond until April 2011 when it forwarded an "Escrow Account Disclosure Statement." ("Escrow Statement").  The Escrow Statement indicated that CitiMortgage had force-placed hazard insurance on Debtors' home in February 2011 at a cost of $11,739.00.[7]  This sum had been deducted from Debtors' escrow account causing a negative balance.  In order to rectify the shortfall, CitiMortgage

---

[5] Exhibit 1.

[6]  According to CitiMortgage's proof of claim, the outstanding principal balance on the loan is $102,046.40.

[7] Exhibit 2.

increased Debtors' monthly escrow payments from $397.18 to $2,900.25 per month.  This increased

Debtors' total mortgage installments from $1,380.10 to $3,883.17.[8]

Believing that their homeowners' insurance must be inadequate, Debtors obtained a new

insurance policy through Chubb Insurance ("Chubb") at a cost of $3,102.64.  The Chubb policy

went into effect on July 5, 2011, and ended a year later on July 5, 2012.[9]   When Chubb presented

the premium to CitiMortgage for payment, it too was deducted from the escrow account.

Even though Debtors advised CitiMortgage that they had purchased the Chubb policy,

CitiMortgage did not cancel the force-placed insurance policy.

Debtors made regular monthly payments of $1,380.10 through June 2011[10] but did not pay

the increased payment of $3,882.17 demanded in April, expecting that CitiMortgage would adjust

the installment amount based on the new Chubb policy.  Despite repeated calls to CitiMortgage by

Debtors, it did not.  This created a mounting past due balance in Debtors' account.  As Debtors

struggled to deal with the discrepancy in the monthly amount due, their payments became erratic.

Debtors' waning payments were for $500.00 on July 19, 2011, July 27, 2011, and August 9, 2011.[11]

On September 26, 2011,  Debtors made a final payment of $1,000.00 and then gave up.[12]

---

[8] The monthly escrow payment at all times included $247.64 as escrow for property taxes.  Debtors' property taxes totaled $2,978.71 in 2010, and CitiMortgage properly paid the property taxes from the escrow account.

[9] Exhibit 6.

[10] Exhibit 3 and docket no. 58.

[11] Exhibit 4 and docket no. 58.  Exhibit 4 contains mortgage statements which show that the a payment of $1,000.00 credited on August 8, 2011, and a payment of $500.00 credited on August 18, 2011, went to "Unapplied Funds."

[12] *Id.*

The demands for additional escrow payments continued until December 2011, when CitiMortgage began foreclosure proceedings.

On May 21, 2012, Debtors filed a voluntary petition for relief under chapter 13 of the U.S. Bankruptcy Code ("Petition Date"), staying the foreclosure sale.

Debtors made no payments to CitiMortgage between September 26, 2011, and the Petition Date.

On August 7, 2012, CitiMortgage filed proof of claim 5 alleging a secured claim on Debtors' residence in the amount of $121,866.59 with an arrearage of $27,466.64 calculated:

| | | |
|---|---|---|
| Principal - | $102,046.40 | |
| 12 installments of principal and interest $11,795.04 | | |
| Prepetition fees and charges - | | |
| Foreclosure attorney''s fees[13] | | 1,200.00 |
| Foreclosure filing fees and court costs | 515.00 | |
| Sheriff's fees | 1,700.00 | |
| Title costs | 397.00 | |
| Appraisal fees | | 85.00 |
| Property Inspection fees | 135.00 | |
| Escrow Shortage to petition date[14] | 9,373.24 | |
| Less unapplied funds | (2,500.00) | |

Postpetition, Debtors made the following payments to CitiMortgage:

| Date of payment | Amount |
|---|---|
| June 22, 2012 | $1,274.31 |
| August 14, 2012 | $1,274.31 |
| September 24, 2012 | $1,879.31 |
| October 29, 2012 | $1,879.68 |
| January 22, 2013 | $1,879.68 |
| February 2, 2013 | $1,879.68 |

---

[13] CitiMortgage actually requested 12 months of full payments including escrow, but for the reasons set forth in this opinion this was not permissible under Local Administrative Order 2008-2.

[14] The Court notes that the escrow calculation was based on improper assessment of force-placed insurance and incorrect allocation of payments.

## II. Analysis

Debtors have carried sufficient homeowners' insurance on their residence since they incurred the loan to CitiMortgage. In October 2010, Debtors' policy was with AARP at an annual premium cost of $1,835.00. For unknown reasons, CitiMortgage believed that the policy had lapsed and demanded proof of coverage. This is particularly puzzling since CitiMortgage was escrowing for the premium payments and made them directly to AARP.

In any event, Debtors supplied CitiMortgage with an insurance declaration page confirming the existence and limits of the AARP policy. This should have put an end to the matter but it did not. Rather than respond, CitiMortgage force-placed coverage at a cost of $11,739.00 in February 2011. This was not immediately apparent to Debtors as CitiMortgage did not notify them of this action until it readjusted the escrow calculation on their loan in April 2011. The new coverage should have caused their escrow payment to leap by the difference in premium. Again, for inexplicable reasons, CitiMortgage adjusted their escrow amount by exponentially more than it should have, even assuming forced placed coverage was warranted.

Escrow calculations are based on the Real Estate Settlement Procedures Act ("RESPA"). RESPA authorizes a home mortgage lender to escrow the anticipated annual costs of property taxes and insurance premiums for a home by adding one twelfth of the annualized costs to the borrower's monthly principal and interest payment. Since property taxes and insurance premiums are calculated a year in advance and are based on the last year's payments, RESPA also allows a lender to accrue up to two (2) months of "cushion"[15] in the account to offset potential price increases. Based on this formula, the Court can calculate Debtors' escrow payments for any given year.

In October 2010, Debtors' escrow was $397.18 per month or $4,766.16 annually. This sum

---

[15] Defined as two extra escrow payments or 1/6th of the annual anticipated costs.

was supposed to satisfy amounts needed to pay property taxes of $2,978.71, Debtors' homeowners'

premium of $1,835.00, and the cushion $802.29.[16]  If force-placed insurance were simply added to

Debtors' escrow account, the monthly charge should have risen $1,038.63 a month, a princely sum

but a far cry from the additional $2,500.00 CitiMortgage actually demanded.[17]

The Escrow Statement caused Debtors to acquire a more expensive insurance policy with

Chubb adding to their damages.  The Court finds that because CitiMortgage erroneously caused the

increased insurance costs, Debtors should be credited for both the force-placed insurance premiums

and the additional costs associated with the Chubb policy.  Therefore, Debtors' current escrow

balance is calculated taking into account only the insurance cost for Debtors' AARP policy.[18]

Because Debtors were current in October 2010, the amortization of their loan at 5.75%

interest provides an outstanding balance of $105,463.69 on that date.  Debtors made $14,920.90 in

payments until they filed for bankruptcy relief.  From this sum Debtors' prepetition principal and

interest has been paid with $397.18 per month added to escrow.  The amounts paid are sufficient to

bring Debtors to the principal and interest payment due for August 1, 2011, resulting in a principal

---

[16]  $397.18 x 12 = $4766.16
$(A + B) + 1/6(A + B) = 4766.16$
$A = 2978.71$ (property taxes)
$1.166B = 4766.16 - (2978.71 + 496.45) = 1291.00$
$B = 1106.63$
Since Debtors were current on their mortgage payments, the Court can only conclude that they carried a positive balance forward in 2010, reducing their escrow for the year.

[17]  $11,789.00 - 1,106.00 = $10,683.00
$10, 683.00 \div 12 = $890.25
plus 1/6th of $10,683 or $1780.05 \div 12 = $148.38
$890.25 + 148.38 = $1038.63

[18] *See,* attached Exhibit B.

balance due of $101,082.25 as of July 31, 2011.[19]  Therefore, the principal balance on the Petition

Date was $101,082.25.[20]

The amounts charged for foreclosure costs, including attorneys' fees, advertising, sheriff,

appraisal, filing, and title costs are disallowed.  The Court finds that these sums were assessed as a

result of a wrongfully prosecuted foreclosure proceeding on a nonexisting default.

Debtors' escrow account has received the monthly amounts payable through July 2011 and

a small residual balance.   Therefore, as of the Petition Date, Debtors escrow account balance was

($694.34).[21]  The amount necessary to ensure payment of insurance premiums and  property taxes

in the future is lacking and has been calculated under Local Administrative Order 2008-2 to be

($3,569.57).  This amount together with the outstanding principal and interest payments (10 mos.

@ $982.92) is the total arrearage due to CitiMortgage on its proof of claim.

Postpetition payments have been applied first to escrow and then principal and interest.

Debtors have paid $6,913.35 postpetition.   Assuming a starting balance in escrow on May 1, 2012,

of $2,875.23;  the payment of postpetition property taxes in December 2012 of $2,722.93; a renewal

of the homeowners' policy at a cost $1,835.00 for a year's premium in September 2012; and a

required balance in the escrow account as of March 31, 2013, of $1,864.65 positive,[22] the amounts

contributed to escrow for the period would be $3,547.35.[23]

---

[19] *See,* attached Exhibit A.

[20] *See,* attached Exhibit A.

[21] *See*, attached Exhibit B.

[22] $[(2,722.93/12) \times 3] + [(1835.00/12) \times 6] + [[(226.91 \times 2)/12] \times 3] + [[(152.92 \times 2)/12] \times 6] = \$1,864.65$.  (Numbers are subject to minimal rounding errors.)

[23] $2,875.23 - 1,835.00 - 2,722.93 + 3,547.35 = \$1,864.65$.

This leaves $3,196.00 for principal and interest payments.  Monthly principal and interest is $982.92, and Debtors owe eleven (11) payments through March 2013.  The residual amounts allow for 3.25 payments.  Therefore, Debtors are past due beginning in August 2012 ($735.68) and thereafter for the full months of September 2012 through March 2013 ($6,880.44).  Thus, the total postpetition past due amount through March 31, 2013, is $7,616.12.  Escrow is current through that date.   April 1, 2013's installment is due for a total of $1,426.06.[24]

Debtors right to seek sanctions is reserved but must be requested within 120 days of the order rendered by the Court in accord with these Reasons.[25]

New Orleans, Louisiana, April 3, 2013.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge

---

[24]  982.92 + 443.14 escrow = 1,426.06.

[25] This ruling is based on the payment of $1,835.00 for homeowners' insurance.  The Court notes that Debtors have at present a policy with a premium cost of $3,102.64.  Should Debtors wish to remain with this insurance carrier, rather than acquire a less expensive policy, their monthly note will be $1,637.33.

*Exhibit A*

## Parameters

**Loan Amount:**

| 140000 | $ |

**Loan Term:**

| 20 | years |

**Interest Rate:**

| 5.75 | % |

**Location:**

| 70471 | ZIP Code |

**Start Date:**

| Jun ⌄ | 2003 ⌄ |

**Amortization:**

◉ show by month

○ show by year

--------------------------------

[ Calculate ]

## Loan Summary

| | | | |
|---|---|---|---|
| **$982.92** | **$235,900.06** | **$95,900.06** | **May, 2023** |
| Monthly Principal & Interest | Total of 240 Payments | Total Interest Paid | Pay-off Date |

## Mortgage Rates

20 year fixed $140000 purchase in 70471 | 20% Down | All Points | 740+ Credit Score

| Lender | Monthly | APR / Rate / Fees | Points / Lock / Date | |
|---|---|---|---|---|
| Quicken Loans NMLS #3030 | $839 / month | APR: 4.171% Rate: 3.875% Fees: $2,150 | Points: 1.000 Lock: 45 days Thu Mar 21 | ▆ |
| EverBank | $839 / month | APR: 3.945% Rate: 3.875% Fees: $855 | Points: 0.000 Lock: 45 days Thu Mar 21 | ▆ |
| FFSi First Financial Services, Inc. | $803 / month | APR: 3.603% Rate: 3.375% Fees: $0 | Points: 2.000 Lock: 30 days Thu Mar 21 | ▆ |

### Show More Lenders

Many lenders have different rates on their own Websites than those posted on Bankrate.com. In order to get the Bankrate.com rate, please identify yourself as a Bankrate.com customer. If you believe that you have received an inaccurate quote or are otherwise not satisfied with the services provided to you by the lender you choose, please click here.

The rates above were collected by Bankrate.com on the dates specified. Rates are subject to change without notice and may vary from branch to branch. Rate/APR and terms may vary based on the creditworthiness of the individual and the extent to which the loan differs from the one used for Bankrate.com quotes. For criteria used in surveys of rates above, click here. These quotes are from banks, thrifts, and brokers, some of whom have paid for a link to their own Web site, where you can find additional information.

## Amortization Schedule



| Date | Interest | Principal | Balance |
|---|---|---|---|
| Jun, 2003 | $670.83 | $312.08 | $139,687.92 |
| Jul, 2003 | $669.34 | $313.58 | $139,374.34 |
| Aug, 2003 | $667.84 | $315.08 | $139,059.26 |
| Sep, 2003 | $666.33 | $316.59 | $138,742.66 |
| Oct, 2003 | $664.81 | $318.11 | $138,424.56 |
| Nov, 2003 | $663.28 | $319.63 | $138,104.92 |
| Dec, 2003 | $661.75 | $321.16 | $137,783.76 |
| Jan, 2004 | $660.21 | $322.70 | $137,461.06 |
| Feb, 2004 | $658.67 | $324.25 | $137,136.81 |
| Mar, 2004 | $657.11 | $325.80 | $136,811.00 |
| Apr, 2004 | $655.55 | $327.36 | $136,483.64 |
| May, 2004 | $653.98 | $328.93 | $136,154.71 |
| Jun, 2004 | $652.41 | $330.51 | $135,824.20 |
| Jul, 2004 | $650.82 | $332.09 | $135,492.11 |
| Aug, 2004 | $649.23 | $333.68 | $135,158.42 |
| Sep, 2004 | $647.63 | $335.28 | $134,823.14 |
| Oct, 2004 | $646.03 | $336.89 | $134,486.25 |
| Nov, 2004 | $644.41 | $338.50 | $134,147.75 |

| Date | Interest | Principal | Balance |
|------|----------|-----------|---------|
| Dec, 2004 | $642.79 | $340.13 | $133,807.62 |
| Jan, 2005 | $641.16 | $341.76 | $133,465.86 |
| Feb, 2005 | $639.52 | $343.39 | $133,122.47 |
| Mar, 2005 | $637.88 | $345.04 | $132,777.43 |
| Apr, 2005 | $636.23 | $346.69 | $132,430.74 |
| May, 2005 | $634.56 | $348.35 | $132,082.39 |
| Jun, 2005 | $632.89 | $350.02 | $131,732.37 |
| Jul, 2005 | $631.22 | $351.70 | $131,380.67 |
| Aug, 2005 | $629.53 | $353.38 | $131,027.28 |
| Sep, 2005 | $627.84 | $355.08 | $130,672.20 |
| Oct, 2005 | $626.14 | $356.78 | $130,315.43 |
| Nov, 2005 | $624.43 | $358.49 | $129,956.94 |
| Dec, 2005 | $622.71 | $360.21 | $129,596.73 |
| Jan, 2006 | $620.98 | $361.93 | $129,234.80 |
| Feb, 2006 | $619.25 | $363.67 | $128,871.13 |
| Mar, 2006 | $617.51 | $365.41 | $128,505.72 |
| Apr, 2006 | $615.76 | $367.16 | $128,138.56 |
| May, 2006 | $614.00 | $368.92 | $127,769.64 |
| Jun, 2006 | $612.23 | $370.69 | $127,398.95 |
| Jul, 2006 | $610.45 | $372.46 | $127,026.49 |
| Aug, 2006 | $608.67 | $374.25 | $126,652.24 |
| Sep, 2006 | $606.88 | $376.04 | $126,276.20 |
| Oct, 2006 | $605.07 | $377.84 | $125,898.36 |
| Nov, 2006 | $603.26 | $379.65 | $125,518.70 |
| Dec, 2006 | $601.44 | $381.47 | $125,137.23 |
| Jan, 2007 | $599.62 | $383.30 | $124,753.93 |
| Feb, 2007 | $597.78 | $385.14 | $124,368.79 |
| Mar, 2007 | $595.93 | $386.98 | $123,981.81 |
| Apr, 2007 | $594.08 | $388.84 | $123,592.97 |
| May, 2007 | $592.22 | $390.70 | $123,202.27 |
| Jun, 2007 | $590.34 | $392.57 | $122,809.70 |
| Jul, 2007 | $588.46 | $394.45 | $122,415.24 |
| Aug, 2007 | $586.57 | $396.34 | $122,018.90 |
| Sep, 2007 | $584.67 | $398.24 | $121,620.66 |
| Oct, 2007 | $582.77 | $400.15 | $121,220.51 |
| Nov, 2007 | $580.85 | $402.07 | $120,818.44 |
| Dec, 2007 | $578.92 | $404.00 | $120,414.44 |
| Jan, 2008 | $576.99 | $405.93 | $120,008.51 |
| Feb, 2008 | $575.04 | $407.88 | $119,600.63 |
| Mar, 2008 | $573.09 | $409.83 | $119,190.80 |
| Apr, 2008 | $571.12 | $411.79 | $118,779.01 |
| May, 2008 | $569.15 | $413.77 | $118,365.24 |
| Jun, 2008 | $567.17 | $415.75 | $117,949.49 |
| Jul, 2008 | $565.17 | $417.74 | $117,531.75 |
| Aug, 2008 | $563.17 | $419.74 | $117,112.01 |
| Sep, 2008 | $561.16 | $421.76 | $116,690.25 |
| Oct, 2008 | $559.14 | $423.78 | $116,266.47 |
| Nov, 2008 | $557.11 | $425.81 | $115,840.67 |

| Date | Interest | Principal | Balance |
|---|---|---|---|
| Dec, 2008 | $555.07 | $427.85 | $115,412.82 |
| Jan, 2009 | $553.02 | $429.90 | $114,982.92 |
| Feb, 2009 | $550.96 | $431.96 | $114,550.97 |
| Mar, 2009 | $548.89 | $434.03 | $114,116.94 |
| Apr, 2009 | $546.81 | $436.11 | $113,680.83 |
| May, 2009 | $544.72 | $438.20 | $113,242.64 |
| Jun, 2009 | $542.62 | $440.30 | $112,802.34 |
| Jul, 2009 | $540.51 | $442.41 | $112,359.94 |
| Aug, 2009 | $538.39 | $444.53 | $111,915.41 |
| Sep, 2009 | $536.26 | $446.66 | $111,468.75 |
| Oct, 2009 | $534.12 | $448.80 | $111,019.96 |
| Nov, 2009 | $531.97 | $450.95 | $110,569.01 |
| Dec, 2009 | $529.81 | $453.11 | $110,115.90 |
| Jan, 2010 | $527.64 | $455.28 | $109,660.63 |
| Feb, 2010 | $525.46 | $457.46 | $109,203.17 |
| Mar, 2010 | $523.27 | $459.65 | $108,743.52 |
| Apr, 2010 | $521.06 | $461.85 | $108,281.66 |
| May, 2010 | $518.85 | $464.07 | $107,817.59 |
| Jun, 2010 | $516.63 | $466.29 | $107,351.30 |
| Jul, 2010 | $514.39 | $468.53 | $106,882.78 |
| Aug, 2010 | $512.15 | $470.77 | $106,412.01 |
| Sep, 2010 | $509.89 | $473.03 | $105,938.98 |
| Oct, 2010 | $507.62 | $475.29 | $105,463.69 |
| Nov, 2010 | $505.35 | $477.57 | $104,986.12 |
| Dec, 2010 | $503.06 | $479.86 | $104,506.26 |
| Jan, 2011 | $500.76 | $482.16 | $104,024.10 |
| Feb, 2011 | $498.45 | $484.47 | $103,539.63 |
| Mar, 2011 | $496.13 | $486.79 | $103,052.84 |
| Apr, 2011 | $493.79 | $489.12 | $102,563.72 |
| May, 2011 | $491.45 | $491.47 | $102,072.26 |
| Jun, 2011 | $489.10 | $493.82 | $101,578.44 |
| Jul, 2011 | $486.73 | $496.19 | $101,082.25 |
| Aug, 2011 | $484.35 | $498.56 | $100,583.69 |
| Sep, 2011 | $481.96 | $500.95 | $100,082.73 |
| Oct, 2011 | $479.56 | $503.35 | $99,579.38 |
| Nov, 2011 | $477.15 | $505.77 | $99,073.61 |
| Dec, 2011 | $474.73 | $508.19 | $98,565.42 |
| Jan, 2012 | $472.29 | $510.62 | $98,054.80 |
| Feb, 2012 | $469.85 | $513.07 | $97,541.73 |
| Mar, 2012 | $467.39 | $515.53 | $97,026.20 |
| Apr, 2012 | $464.92 | $518.00 | $96,508.20 |
| May, 2012 | $462.44 | $520.48 | $95,987.72 |
| Jun, 2012 | $459.94 | $522.98 | $95,464.74 |
| Jul, 2012 | $457.44 | $525.48 | $94,939.26 |
| Aug, 2012 | $454.92 | $528.00 | $94,411.26 |
| Sep, 2012 | $452.39 | $530.53 | $93,880.73 |
| Oct, 2012 | $449.85 | $533.07 | $93,347.66 |
| Nov, 2012 | $447.29 | $535.63 | $92,812.03 |

| Date | Interest | Principal | Balance |
|------|----------|-----------|---------|
| Dec, 2012 | $444.72 | $538.19 | $92,273.84 |
| Jan, 2013 | $442.15 | $540.77 | $91,733.07 |
| Feb, 2013 | $439.55 | $543.36 | $91,189.71 |
| Mar, 2013 | $436.95 | $545.97 | $90,643.74 |
| Apr, 2013 | $434.33 | $548.58 | $90,095.16 |
| May, 2013 | $431.71 | $551.21 | $89,543.95 |
| Jun, 2013 | $429.06 | $553.85 | $88,990.09 |
| Jul, 2013 | $426.41 | $556.51 | $88,433.59 |
| Aug, 2013 | $423.74 | $559.17 | $87,874.42 |
| Sep, 2013 | $421.06 | $561.85 | $87,312.56 |
| Oct, 2013 | $418.37 | $564.54 | $86,748.02 |
| Nov, 2013 | $415.67 | $567.25 | $86,180.77 |
| Dec, 2013 | $412.95 | $569.97 | $85,610.80 |
| Jan, 2014 | $410.22 | $572.70 | $85,038.10 |
| Feb, 2014 | $407.47 | $575.44 | $84,462.66 |
| Mar, 2014 | $404.72 | $578.20 | $83,884.46 |
| Apr, 2014 | $401.95 | $580.97 | $83,303.49 |
| May, 2014 | $399.16 | $583.75 | $82,719.74 |
| Jun, 2014 | $396.37 | $586.55 | $82,133.18 |
| Jul, 2014 | $393.55 | $589.36 | $81,543.82 |
| Aug, 2014 | $390.73 | $592.19 | $80,951.64 |
| Sep, 2014 | $387.89 | $595.02 | $80,356.61 |
| Oct, 2014 | $385.04 | $597.87 | $79,758.74 |
| Nov, 2014 | $382.18 | $600.74 | $79,158.00 |
| Dec, 2014 | $379.30 | $603.62 | $78,554.38 |
| Jan, 2015 | $376.41 | $606.51 | $77,947.87 |
| Feb, 2015 | $373.50 | $609.42 | $77,338.45 |
| Mar, 2015 | $370.58 | $612.34 | $76,726.12 |
| Apr, 2015 | $367.65 | $615.27 | $76,110.85 |
| May, 2015 | $364.70 | $618.22 | $75,492.63 |
| Jun, 2015 | $361.74 | $621.18 | $74,871.44 |
| Jul, 2015 | $358.76 | $624.16 | $74,247.29 |
| Aug, 2015 | $355.77 | $627.15 | $73,620.14 |
| Sep, 2015 | $352.76 | $630.15 | $72,989.98 |
| Oct, 2015 | $349.74 | $633.17 | $72,356.81 |
| Nov, 2015 | $346.71 | $636.21 | $71,720.60 |
| Dec, 2015 | $343.66 | $639.26 | $71,081.35 |
| Jan, 2016 | $340.60 | $642.32 | $70,439.03 |
| Feb, 2016 | $337.52 | $645.40 | $69,793.63 |
| Mar, 2016 | $334.43 | $648.49 | $69,145.14 |
| Apr, 2016 | $331.32 | $651.60 | $68,493.55 |
| May, 2016 | $328.20 | $654.72 | $67,838.83 |
| Jun, 2016 | $325.06 | $657.86 | $67,180.97 |
| Jul, 2016 | $321.91 | $661.01 | $66,519.96 |
| Aug, 2016 | $318.74 | $664.18 | $65,855.79 |
| Sep, 2016 | $315.56 | $667.36 | $65,188.43 |
| Oct, 2016 | $312.36 | $670.56 | $64,517.88 |
| Nov, 2016 | $309.15 | $673.77 | $63,844.11 |

| Date | Interest | Principal | Balance |
|------|----------|-----------|---------|
| Dec, 2016 | $305.92 | $677.00 | $63,167.11 |
| Jan, 2017 | $302.68 | $680.24 | $62,486.87 |
| Feb, 2017 | $299.42 | $683.50 | $61,803.37 |
| Mar, 2017 | $296.14 | $686.78 | $61,116.59 |
| Apr, 2017 | $292.85 | $690.07 | $60,426.53 |
| May, 2017 | $289.54 | $693.37 | $59,733.15 |
| Jun, 2017 | $286.22 | $696.70 | $59,036.46 |
| Jul, 2017 | $282.88 | $700.03 | $58,336.42 |
| Aug, 2017 | $279.53 | $703.39 | $57,633.03 |
| Sep, 2017 | $276.16 | $706.76 | $56,926.28 |
| Oct, 2017 | $272.77 | $710.15 | $56,216.13 |
| Nov, 2017 | $269.37 | $713.55 | $55,502.58 |
| Dec, 2017 | $265.95 | $716.97 | $54,785.62 |
| Jan, 2018 | $262.51 | $720.40 | $54,065.21 |
| Feb, 2018 | $259.06 | $723.85 | $53,341.36 |
| Mar, 2018 | $255.59 | $727.32 | $52,614.04 |
| Apr, 2018 | $252.11 | $730.81 | $51,883.23 |
| May, 2018 | $248.61 | $734.31 | $51,148.92 |
| Jun, 2018 | $245.09 | $737.83 | $50,411.09 |
| Jul, 2018 | $241.55 | $741.36 | $49,669.73 |
| Aug, 2018 | $238.00 | $744.92 | $48,924.81 |
| Sep, 2018 | $234.43 | $748.49 | $48,176.32 |
| Oct, 2018 | $230.84 | $752.07 | $47,424.25 |
| Nov, 2018 | $227.24 | $755.68 | $46,668.58 |
| Dec, 2018 | $223.62 | $759.30 | $45,909.28 |
| Jan, 2019 | $219.98 | $762.93 | $45,146.35 |
| Feb, 2019 | $216.33 | $766.59 | $44,379.75 |
| Mar, 2019 | $212.65 | $770.26 | $43,609.49 |
| Apr, 2019 | $208.96 | $773.95 | $42,835.54 |
| May, 2019 | $205.25 | $777.66 | $42,057.87 |
| Jun, 2019 | $201.53 | $781.39 | $41,276.48 |
| Jul, 2019 | $197.78 | $785.13 | $40,491.35 |
| Aug, 2019 | $194.02 | $788.90 | $39,702.45 |
| Sep, 2019 | $190.24 | $792.68 | $38,909.78 |
| Oct, 2019 | $186.44 | $796.47 | $38,113.30 |
| Nov, 2019 | $182.63 | $800.29 | $37,313.01 |
| Dec, 2019 | $178.79 | $804.13 | $36,508.89 |
| Jan, 2020 | $174.94 | $807.98 | $35,700.91 |
| Feb, 2020 | $171.07 | $811.85 | $34,889.06 |
| Mar, 2020 | $167.18 | $815.74 | $34,073.32 |
| Apr, 2020 | $163.27 | $819.65 | $33,253.67 |
| May, 2020 | $159.34 | $823.58 | $32,430.09 |
| Jun, 2020 | $155.39 | $827.52 | $31,602.57 |
| Jul, 2020 | $151.43 | $831.49 | $30,771.08 |
| Aug, 2020 | $147.44 | $835.47 | $29,935.61 |
| Sep, 2020 | $143.44 | $839.48 | $29,096.13 |
| Oct, 2020 | $139.42 | $843.50 | $28,252.64 |
| Nov, 2020 | $135.38 | $847.54 | $27,405.10 |

| Date | Interest | Principal | Balance |
|------|----------|-----------|---------|
| Dec, 2020 | $131.32 | $851.60 | $26,553.50 |
| Jan, 2021 | $127.24 | $855.68 | $25,697.82 |
| Feb, 2021 | $123.14 | $859.78 | $24,838.03 |
| Mar, 2021 | $119.02 | $863.90 | $23,974.13 |
| Apr, 2021 | $114.88 | $868.04 | $23,106.09 |
| May, 2021 | $110.72 | $872.20 | $22,233.89 |
| Jun, 2021 | $106.54 | $876.38 | $21,357.51 |
| Jul, 2021 | $102.34 | $880.58 | $20,476.93 |
| Aug, 2021 | $98.12 | $884.80 | $19,592.13 |
| Sep, 2021 | $93.88 | $889.04 | $18,703.10 |
| Oct, 2021 | $89.62 | $893.30 | $17,809.80 |
| Nov, 2021 | $85.34 | $897.58 | $16,912.22 |
| Dec, 2021 | $81.04 | $901.88 | $16,010.34 |
| Jan, 2022 | $76.72 | $906.20 | $15,104.14 |
| Feb, 2022 | $72.37 | $910.54 | $14,193.60 |
| Mar, 2022 | $68.01 | $914.91 | $13,278.69 |
| Apr, 2022 | $63.63 | $919.29 | $12,359.40 |
| May, 2022 | $59.22 | $923.69 | $11,435.71 |
| Jun, 2022 | $54.80 | $928.12 | $10,507.59 |
| Jul, 2022 | $50.35 | $932.57 | $9,575.02 |
| Aug, 2022 | $45.88 | $937.04 | $8,637.98 |
| Sep, 2022 | $41.39 | $941.53 | $7,696.45 |
| Oct, 2022 | $36.88 | $946.04 | $6,750.42 |
| Nov, 2022 | $32.35 | $950.57 | $5,799.85 |
| Dec, 2022 | $27.79 | $955.13 | $4,844.72 |
| Jan, 2023 | $23.21 | $959.70 | $3,885.02 |
| Feb, 2023 | $18.62 | $964.30 | $2,920.72 |
| Mar, 2023 | $14.00 | $968.92 | $1,951.79 |
| Apr, 2023 | $9.35 | $973.56 | $978.23 |
| May, 2023 | $4.69 | $978.23 | $0.00 |

Add free amortization schedule calculator widget to your website.
© 2013 Amortization-Calc.com

**Exhibit B - Escrow if only taxes and AARP were deducted**

|  | A | B | C | D |
|---|---|---|---|---|
| 1 | Date | Payment to escrow | Payment from escrow | Escrow balance |
| 2 | Oct. 2010 | 397.18 | | 3396.89 |
| 3 | Nov. 2010 | 397.18 | | 3794.07 |
| 4 | Dec. 2010 | 397.18 | 2978.71 (tax) | 1212.54 |
| 5 | Jan. 2011 | 397.18 | | 1609.72 |
| 6 | Feb. 2011 | 397.18 | | 2006.9 |
| 7 | Mar. 2011 | 397.18 | | 2404.08 |
| 8 | Apr. 2011 | 397.18 | | 2801.26 |
| 9 | May 2011 | 397.18 | | 3198.44 |
| 10 | June 2011 | 397.18 | | 3595.62 |
| 11 | July 2011 | 0 | | 3595.62 |
| 12 | Aug. 2011 | 397.18 | | 3992.8 |
| 13 | Sept. 2011 | 136.98* | 1835 (ins.)** | 2294.78 |
| 14 | Oct. 2011 | 0 | | 2294.78 |
| 15 | Nov. 2011 | 0 | | 2294.78 |
| 16 | Dec. 2011 | 0 | 2989.12 (tax) | -694.34 |
| 17 | Jan. 2012 | 0 | | -694.34 |
| 18 | Feb. 2012 | 0 | | -694.34 |
| 19 | Mar. 2012 | 0 | | -694.34 |
| 20 | Apr. 2012 | 0 | | -694.34 |
| 21 | May 2012    **Petition Date** | 0 | | -694.34 |
| 22 | June 2012 | 0 | | 2875.23*** |
| 23 | July 2012 | 0 | | 2875.23 |
| 24 | Aug. 2012 | 0 | | 2875.23 |
| 25 | Sept. 2012 | 0 | 1835 (ins.) | 1040.23 |
| 26 | Oct. 2012 | 0 | | 1040.23 |
| 27 | Nov. 2012 | 0 | | 1040.23 |
| 28 | Dec. 2012 | 0 | 2722.93 (tax) | -1682.7 |
| 29 | Jan. 2013 | 0 | | -1682.7 |
| 30 | Feb. 2013 | 0 | | -1682.7 |
| 31 | Mar. 2013 | 3547.35**** | | 1864.65***** |
| 32 | | | | |
| 33 | | | | |
| 34 | | | | |
| 35 | | | | |
| 36 | | | | |

**Exhibit B** page 2

\* Debtors paid $2,500.00 from July to September 2011.  This is one full payment of $1,380.10 plus a payment of $1,119.90, which resulted in a reduced escrow payment for September 2011 of $136.98.

\*\* Had CitiMortgage not erroneously induced Debtors to cancel the AARP homeowners insurance policy, the one year premium of $1,835.00 would have been due in September 2011.

\*\*\* Adjusted beginning escrow balance.

\*\*\*\* Amount needed postpetition to balance escrow.

\*\*\*\*\* Escrow balance as of March 31, 2013.

**Exhibit C - Fitch Analysis**

|    | A | B | C | D | E | F | G | H | I |
|----|---|---|---|---|---|---|---|---|---|
| 1 |  | Amount | Last Paid | Mos. To Petition Date | Date | Monthly Amt. | Cushion | Total |  |
| 2 | Property tax | 2978.11 | 12/11 | 5 | x | 249.09 + | 41.52 | 1447.95 |  |
| 3 | Insurance | 1835 | 9/11 | 8 | x | 152.92 + | 25.49 | 1427.28 |  |
| 4 |  |  |  |  |  |  |  | 2875.23 | Balance needed |
| 5 |  |  |  |  |  |  |  |  | on 5/21/12 |
| 6 |  |  |  |  |  |  |  |  |  |
| 7 |  |  |  |  |  |  |  |  |  |
| 8 |  |  |  |  |  |  |  |  |  |
| 9 | Actual balance |  |  |  |  |  |  |  |  |
| 10 | on 5/21/12 | -694.34 |  |  |  |  |  |  |  |
| 11 |  |  |  |  |  |  |  |  |  |
| 12 | Past due escrow |  |  |  |  |  |  |  |  |
| 13 | balance | 3569.57 |  |  |  |  |  |  |  |
| 14 |  |  |  |  |  |  |  |  |  |
| 15 |  |  |  |  |  |  |  |  |  |
| 16 |  |  |  |  |  |  |  |  |  |
| 17 |  |  |  |  |  |  |  |  |  |
| 18 |  |  |  |  |  |  |  |  |  |
| 19 |  |  |  |  |  |  |  |  |  |
| 20 |  |  |  |  |  |  |  |  |  |

**Exhibit C - Fitch Analysis**

| | J |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |